UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REUBEN RANKE, #42497-039,

    Plaintiff,

v.

COUNTY OF SAGINAW,

    Defendant.
_____/

Case No. 11-15712

Honorable Nancy G. Edmunds

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [330]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [330].  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and Defendant's objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is FURTHER ORDERED that Defendant's motion to dismiss or for summary judgment [318] is DENIED.

    SO ORDERED.

                              S/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated:  July 31, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2013, by electronic and/or ordinary mail.

                              S/Johnetta M. Curry-Williams
                              Case Manager
                              Acting in the Absence of Carol A. Hemeyer