UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REUBEN RANKE,

    Plaintiff,

v.

COUNTY OF SAGINAW,

    Defendant.

_____/

Case No. 11-15712

Honorable Nancy G. Edmunds

**ORDER DENYING PLAINTIFF'S REQUEST FOR COUNSEL [342] AND DIRECTING THE CLERK'S OFFICE TO DOCKET THE REQUEST IN CASE NO. 08-20598**

The matter is before the Court on Plaintiff's request for the appointment of counsel. (ECF No. 342.) Plaintiff states he is a federal inmate and requests a federal defender to assist him in the filing of a compassionate release motion. However, the above-captioned case is a *civil* rights lawsuit that has been closed since 2014. It appears that judgment was recently entered against Plaintiff by the Honorable Thomas L. Ludington in criminal case no. 08-20598. Because Plaintiff's request was docketed in the wrong case, the Court DENIES the request. The Clerk's office is directed to docket the request in case no. 08-20598.

    SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: January 19, 2021

1

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 19, 2021, by electronic and/or ordinary mail.

        <u>s/Lisa Bartlett</u>
        Case Manager